AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet I

**FILED**

# UNITED STATES DISTRICT COURT

### Southern District of Illinois

JUL 13 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| Terry Wayne Conner | |

Case No.   4:00CR40073-001-JPG

USM No. 05234-025

Melissa A. Day, AFPD
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   as alleged below   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant committed the offense of Forgery | 03/04/2012 |
| Statutory | The defendant commited the offense of Unlawful Possession of Methamphetamine | 04/13/2012 |
| Statutory | The defendant commiteed the offense of DUI | 04/13/0201 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: _5054_

Defendant's Year of Birth:   _1964_

City and State of Defendant's Residence:
Carmi, IL 62821

07/13/2012
_____
Date of Imposition of Judgment

_____
Signature of Judge

J. Phil Gilbert                                    District Judge
_____
Name and Title of Judge

_____
Date

AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1A

DEFENDANT: Terry Wayne Conner
CASE NUMBER:  4:00CR40073-001-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Special | The defendant admitted that he consumed alcohol | 04/13/2012 |

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page  3  of  3

DEFENDANT: Terry Wayne Conner
CASE NUMBER:  4:00CR40073-001-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

9 months.  Sentence is to run consecutive to any State Sentence the defendant is serving.

☐  The court makes the following recommendations to the Bureau of Prisons:

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐  before 2 p.m. on _____ .

☐  as notified by the United States Marshal.

☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL